GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
DAVID K OLSON                                          Case No. 08-17764
MARY P OLSON                                           Account No.  8601448312


GMAC RESCAP LLC                                        DAVID K OLSON
3451 HAMMOND AV MC 507 345 110                         MARY P OLSON
WATERLOO, IA  50702                                    1755 E PINE BLUFF RD
                                                       MORRIS, IL  60450

                                                       SCHEINBAUM & WEST
                                                       PO BOX 5009
                                                       VERNON HILLS, IL  60061-5009


### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on December 14, 2009.


/S/  Marifran Smith
_____
For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on December 18, 2009.


/S/  Marifran Smith
_____
For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313